IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MARK DAVID WEBSTER (02) | Case No. 4:24-CR-275-O<br>**[Supersedes Indictment Returned on Oct 29, 2024,**<br>**as to defendant Webster (02) only.]** |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841)

On or about October 8, 2024, in the Fort Worth Division of the Northern District of Texas, defendant, **Mark David Webster**, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

*[Continued on next page]*

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        */s/ Shawn Smith*
        SHAWN SMITH
        Assistant United States Attorney
        Texas State Bar No. 24033206
        801 Cherry Street, Suite 1700
        Fort Worth, Texas 76102
        Telephone: 817.252.5200
        Facsimile: 817.252.5455
        Email: Shawn.Smith2@usdoj.gov