IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-CR-275-O |
| MARD DAVID WEBSTER (02)<br>MARK | |

## FACTUAL RESUME

INFORMATION:

Count One: Possession of a Controlled Substance with Intent to Distribute (methamphetamine) (in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

MAXIMUM PENALTY:

$5,000,000 fine and not less than five (5) years nor more than forty (40) years' imprisonment, plus a term of supervised release of not less than four (4) years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:

The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First:      That the defendant knowingly possessed a controlled substance;

Second:     That the substance was in fact methamphetamine;

Third:      That the defendant possessed the substance with the intent to distribute it; and

Fourth:     The quantity of the methamphetamine the defendant possessed was at least 5 grams of methamphetamine.

Factual Resume - Page 1

STIPULATED FACTS:

On October 8, 2024, in Aledo, Texas, agents/officers arrested Mark David Webster in possession of over 5 grams of methamphetamine. Webster possessed the methamphetamine with the intent to distribute it to others.

SIGNED this __6__ day of __Jan._____, 2025.

January 6, 2025

_____  _____
MARK DAVID WEBSTER              DEREK BROWN
Defendant                       Counsel for Defendant