# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:24-CR-00275-O |
| Defendant | MARK DAVID WEBSTER (02), sworn |
| Court Reporter | *Monica Gwzman* |
| Interpreter: | n/a |
| US Attorney: | Shawn Smith |
| Defense Attorney: | Derek D Brown |
| Time in Court: | 11 minutes |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | 15th day of January, 2025 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the SS Information |
| | Deft TBS: 8:30 am - April 25, 2025 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | E. Moore |