IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MARK DAVID WEBSTER (02)

No.: 4:24-CR-275-O

## WAIVER OF INDICTMENT

I, Mark David Webster, the above named defendant, who is accused in the Superseding Information with the felony offense of Conspiracy to Possess with Intent to Distribute, in violation of 21 U.S.C. § 846, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Signed this 15 day of January, 2024 2025

_____
MARK DAVID WEBSTER
Defendant

_____
DEREK BROWN
Attorney for Defendant